IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH BROWN | : | CIVIL ACTION |
| v. | : | No. 13-3424 |
| SUPERINTENDENT BICKELL, et al. | : | |

# **ORDER**

AND NOW, this 15th day of June, 2015, upon careful and independent consideration of Petitioner Kenneth Brown's pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 9) is APPROVED and ADOPTED.

2. Brown's petition for writ of habeas corpus (Document 1) is DENIED;

3. There has been no substantial showing of the denial of a constitutional right warranting the issuance of a certificate of appealability.

4. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on May 21, 2015. Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.