IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH BROWN,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 13-CV-3424 |
| | : | |
| **BICKELL**, *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 26th day of October, 2022, upon consideration of Petitioner Kenneth Brown's Motion for Relief from Order of June 15, 2015 (ECF No. 18), seeking relief under Fed. R. Civ. P. 60(b), it is hereby **ORDERED**:

1. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Brown's right to file an application with the United States Court of Appeals for the Third Circuit for leave to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

2. No Certificate of Appealability shall issue pursuant to 28 U.S.C. § 2253(c) because no reasonable jurists would disagree with this Court's procedural rulings or its disposition of Brown's claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Juan R. Sánchez

_____
**JUAN R. SÁNCHEZ,    C. J.**